**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| ADRIAN PRATHER, SR.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EQUIFAX INFORMATION SERVICES  )<br>LLC, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | Civil Action No. 8:16-cv-0587 (PX) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, Adrian Prather, Sr. and Defendants, Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian"), through their counsel, that any and all claims of the Plaintiff against Equifax and First Experian are hereby dismissed with prejudice with each party bearing its own costs.

Respectfully submitted,

 /s/ *Kristi C. Kelly*_____
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com

*Counsel for Plaintiff*

 /s/ *Nathan D. Adler*_____
Nathan Daniel Adler
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8516
(410) 332-8517 – Fax
nda@nqgrg.com
*Counsel for Equifax Information Services, LLC*
 (*signed by Kristi C. Kelly with written permission of Nathan D. Adler*)

 /s/ *Daniel DeVougas*_____
Daniel Denzel DeVougas
Kristen E. Bamberger

Jones Day
51 Louisiana Ave NW
Washington, DC 20001
2028793783
Fax: 2026261700
Email: ddevougas@jonesday.com
kbamberger@jonesday.com
*Counsel for Defendant Experian Info. Solutions, Inc.*
 (*signed by Kristi C. Kelly with written permission of Daniel DeVougas*)

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

 /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*